| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-22359 / MBK**

Iona B. Smith

Petition Filed Date: 12/17/2024
341 Hearing Date: 01/16/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Iona B. Smith | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Stacey L. Mullen, Esq. | Attorney Fees | $4,250.00 | $0.00 | $4,250.00 |
| | | Hold Funds: Reserve | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $700.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $700.00 |
| Paid to Trustee: | $59.50 | Arrearages: | $0.00 |
| Funds on Hand: | $640.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

