Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22359−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Iona B. Smith
   5 Budhollow Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2932

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 14, 2025.

Dated: March 14, 2025
JAN: wiq

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22359-MBK |
| Iona B. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2025 | Form ID: plncf13 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iona B. Smith, 5 Budhollow Lane, Willingboro, NJ 08046-1631 |
| 520486762 | + | City Select Auto Sales, Edgewater Park, 4375 A Route 130 S., Burlington, NJ 08016-2249 |
| 520486770 | + | Timothy Z. Smith, 5 Budhollow Lane, Willingboro, NJ 08046-1631 |
| 520486765 | + | Willingboro MUA, 433 John F. Kennedy Way, Willingboro, NJ 08046-2123 |
| 520486763 | + | Willingboro Tax Assessor, 1 Rev Dr Martin Luther King Jr Drive, Willingboro, NJ 08046-2853 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520486767 | ^ | MEBN | Mar 14 2025 20:44:15 | Apex Asset Management, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 520486769 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 14 2025 20:50:00 | Fortiva Retail Credit, P.O. Box 650721, Dallas, TX 75265-0721 |
| 520486761 | ^ | MEBN | Mar 14 2025 20:43:24 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520558733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 21:10:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520486766 | ^ | MEBN | Mar 14 2025 20:42:15 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520563392 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2025 20:52:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520486760 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 20:53:00 | Select Portfolio Servicing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 520486764 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 20:53:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520560666 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 20:53:00 | Towd Point Mortgage Trust 2017-FRE2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520486768 | ^ | MEBN | Mar 14 2025 20:44:13 | Virtua Health, P.O. Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 12

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: plncf13 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor TOWD POINT MORTGAGE TRUST 2017-FRE2  U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Iona B. Smith slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4