| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | **Order Filed on May 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Iona B. Smith,<br><br>      Debtor | Case No.: 24-22359<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

 The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: May 29, 2025**

                   */s/ Michael B. Kaplan*
                  Honorable Michael B. Kaplan
                  United States Bankruptcy Judge

Case No. 24-22359 (MBK)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>800.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>800.00</u>. The allowance shall be payable:

<u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$700.00</u> per month for <u>8</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22359-MBK |
| Iona B. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 29, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

**Recip ID         Recipient Name and Address**
db              + Iona B. Smith, 5 Budhollow Lane, Willingboro, NJ 08046-1631

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Albert Russo
                   docs@russotrustee.com

Denise E. Carlon
                   on behalf of Creditor TOWD POINT MORTGAGE TRUST 2017-FRE2  U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Stacey L. Mullen
                   on behalf of Debtor Iona B. Smith slmullen@comcast.net

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4